# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                              NO. 2022 KW 0701

VERSUS

KYRON FOLSE                                                **AUGUST 12, 2022**

---

In Re:    Kyron Folse, applying for supervisory writs, 17th
          Judicial District Court, Parish of Lafourche, No.
          542,902.

---

**BEFORE:    WHIPPLE, C.J., GUIDRY AND WOLFE, JJ.**

**WRIT DENIED.**  There is no federal constitutional right to
an  attorney  in  state  postconviction  proceedings.  See
**Pennsylvania v. Finley,** 481 U.S. 551, 557, 107 S.Ct. 1990, 1994,
95 L.Ed.2d 539 (1987).  Consequently, a petitioner cannot claim
constitutionally  ineffective  assistance  of  counsel  in  such
proceedings.  See **Wainwright v. Torna,** 455 U.S. 586, 102 S.Ct.
1300, 71 L.Ed.2d 475 (1982).

                              **VGW**
                              **JMG**
                              **EW**

COURT OF APPEAL, FIRST CIRCUIT

ɑ.SₔＤ

---
DEPUTY CLERK OF COURT
     FOR THE COURT